**Eun Ju JEGAL–KIM, Petitioner,**

v.

**Eric H. HOLDER Jr., Attorney General, Respondent.**

**No. 07–72819.**

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2010.*

Filed April 19, 2010.

Alex C. Park, Esquire, Santa Clara, CA, for Petitioner.

Edward Earl Wiggers, Esquire, U.S. Department of Justice, Washington, DC, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: RYMER, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Eun Ju Jegal–Kim, a native and citizen of South Korea, petitions for review of the Board of Immigration Appeals' order dismissing her appeal from an immigration judge's removal order. We have jurisdiction pursuant to 8 U.S.C. § 1252. We deny the petition for review.

The agency properly determined that it lacked jurisdiction to consider Jegal–Kim's application for a U Visa. *See Ramirez Sanchez v. Mukasey,* 508 F.3d 1254, 1255–56 (9th Cir.2007) (per curiam) (United States Citizenship and Immigration Services has sole jurisdiction over the issuance of U Visa petitions); *see also Lee v. Holder,* 599 F.3d 973 (9th Cir.2010) (per curiam).

Jegal–Kim's remaining contention is not persuasive.

**PETITION FOR REVIEW DENIED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

